**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

August 13, 2008

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

**Mailing Address:**
Office of the Clerk
200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000
Fax (405) 609-5099
Website: www.okwd.uscourts.gov

United States District Court
Northern District of Georgia
2217 Richard B. Russell Federal
     Building and U. S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia   30303-3309

Transfer off Jurisdiction
 USA vs Bridgette Rochelle Green
 CR-08-171-C

Dear Clerk:

Enclosed is the original of the Transfer of Jurisdiction Form.
We would appreciate receiving certified copies of the Indictment,
Judgment and Commitment Order and Docket Sheet from your file
Case number 1:04-CR-196-02-TWT.

Please acknowledge receipt of these documents on the enclosed
copy of this letter.

Thank you,

ROBERT D. DENNIS
CLERK OF THE COURT

Hellen McKenzie
Deputy Clerk

Enc. (3)

cc: US Probation
    US Marshal
    US Attorney (Financial Litigation Unit)