Prob12C (10/99)

**FILED**

MAR 2 5 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bridgette Rochelle Green         Case Number: CR-08-171-C

Name of Judicial Officer: The Honorable Thomas W. Thrash (Jurisdiction was transferred to The Honorable Robin J. Cauthron on July 21, 2008.)

Date of Original Sentence: May 9, 2005

Original Offense: Wire Fraud 18 § U.S.C. 1343 & 2

Original Sentence: 37 months custody; 3 years supervised release

Type of Supervision: Supervised release         Date Supervision Commenced: April 15, 2008

Previous Court Action:
July 21, 2008- Jurisdiction was transferred from the Northern District of Georgia to the Western District of Oklahoma.

August 10, 2009 - A noncompliance report was submitted in regard to Ms. Green's restitution default. Garnishment was approved, and the supervising officer's action was to make collection efforts for Ms. Green's arrearage.

Asst. U.S. Attorney: Arvo Mikkanen         Defense Attorney: Unknown

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Special Condition: The restitution shall be due in full immediately. The defendant shall make restitution payments from any wages earned in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is** |

Prob 12C (10/99)                          2                      Bridgette Rochelle Green
                                                                                                                         CR-08-171-C

**not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of $200.00.**

Ms. Green has violated this condition of supervision by failing to make restitution payments as ordered. To date, she has made payments totaling $3,569.01 and is in arrears in the amount of $3,700.00. Her outstanding balance is $891,515.31 and her last payment was on January 26, 2011, in the amount of $400.00.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]      extended for years, for a total term of years.

[ ]      The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/21/11

_Wessie Carroll_ (signature)
Wessie Carroll
U.S. Probation Officer

Reviewed by,

_Scott Schakett_ (signature)
Scott Schakett
Supervisory U. S. Probation Officer

Date:    3/21/11

---

THE COURT ORDERS

[ ]      No Action
[ ]      The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]      Other

     3/22/11                                            _Robin J. Cauthron_ (signature)
Date                                                            Signature of Judicial Officer