# United States District Court
### WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

**APPEARANCE**

CASE NUMBER: CR-08-171-C

BRIDGETTE ROCHELLE GREEN,

                Defendant.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for BRIDGETTE ROCHELLE GREEN. I certify that I am registered with the Court's ECF System and that I am admitted to practice in this court.

| | |
|---|---|
| <u>March 31, 2011</u> | *s/ Brooke Tebow* |
| *Date* | *Signature* |
| | Brooke Tebow, OBA No. 20867 |
| | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | Attorney for Defendant |
| | Office of the Federal Public Defender |
| | 215 Dean A. McGee, Suite 109 |
| | Oklahoma City, Oklahoma 73102 |
| | Phone: 405-609-5945 / Facsimile: 405-609-5932 |
| | E-Mail: Brooke_Tebow@fd.org |

<u>CERTIFICATE OF SERVICE</u>

   X      I hereby certify that on Thursday, March 31, 2011, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

                Arvo Mikkanen
                AUSA

                *s/ Brooke Tebow*
                Brooke Tebow