AO 83 (Rev. 7/99) Summons in a Criminal Case

# United States District Court
## Western District of Oklahoma

United States of America

V.

Bridgette Rochelle Green
4005 24th Avenue SE#7
Norman, Oklahoma 73072

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 08-171-C

YOU ARE HEREBY SUMMONED to appear before:

The Honorable Robin J. Cauthron, United States District Judge,

at the United States District Courthouse, 200 N.W. 4th St., Oklahoma City, Oklahoma, 73102-3440.

Room # 501 on April 6, 2011 at 11:00 a.m.

To answer a Supervised Release Violation Petition,

Charging you with a violation of Title 18, United States Code, Section 3583.

**Brief description of offense:**
Violation of Special Condition: The restitution shall be due in full immediately. The defendant shall make restitution payments from any wages earned in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of $200.00.

_____
Signature of Issuing Officer
**KAREN WORTH**
Name and Title of Issuing Officer

MAR 25 2011
Date

AO 83 (Rev. 7/99) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: March 26, 2011 by US Certified Mail

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

**FILED**
MAR 3 0 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

_Wesli Carroll_ (signature)
Name of United States Probation Officer

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7008 1830 0003 7850 3739

Sent To: Bridgette Green
Street, Apt. No.; or PO Box No.: 4005 24th Avenue
City, State, ZIP+4: Norman, OK 730__

PS Form 3800

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bridgette Green
4005 24th Avenue SE #7
Norman, OK 73072

2. Article Number (Transfer from service label): 7008 1830 0003 7850 3739

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY
A. Signature
B. Received by (Printed Name)