# United States District Court
# Western District of Oklahoma

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-08-171-C |
| | ) | |
| BRIDGETTE ROCHELLE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff, United States of America. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

April 5, 2011
Date

*s/ Randal A. Sengel*
RANDAL A. SENGEL
OBA No. 11701
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8845 - Office
(405) 553-8888 - Fax
Randy.Sengel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s): Brooke A. Tebow.

*s/ Randal A. Sengel*
RANDAL A. SENGEL
Assistant U.S. Attorney