UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number: CR-08-171-C

BRIDGETTE ROCHELLE GREEN

---

Type of Case         ____CIVIL      XXX _CRIMINAL

---

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

---

Place: U.S. Courthouse                                  COURTROOM NO. 501
    200 N. W. 4th Street                              **DATE AND TIME**
    Oklahoma City, Ok.  73102

                  **Wednesday, April 6, 2011 at 11:00 a.m.**

---

TYPE OF PROCEEDING

                Revocation Hearing

---

TAKE  NOTICE: that the proceeding in this case has been rescheduled as indicated below:

---

Place: U.S. Courthouse                             **Date and Time Previously Scheduled**
   200 N.W. 4th Street
    Oklahoma City, Ok.  73102

---

                          ROBIN J. CAUTHRON
                          U. S. DISTRICT JUDGE

DATE: April 5, 2011               s/ Linda Goode
                                BY DEPUTY CLERK

AUSA:   Randy Sengel
Dft's Counsel:   Brooke Tebow

(Not in custody)