COURTROOM MINUTE SHEET

DATE 4-6-11

CIVIL NO. _____   CRIMINAL NO. CR-08-171-C

United States -vs- BRIDGETTE ROCHELLE GREEN

COMMENCED 11:00 ENDED 11:20   TOTAL TIME 20 min

PROCEEDINGS REVOCATION HRG

JUDGE ROBIN J. CAUTHRON    DEPUTY LINDA GOODE    REPORTER LARRY MARKS

PLF. COUNSEL RANDY SENGEL

DFT COUNSEL BROOKE TEBOW

WITNESSES FOR PLAINTIFF                WITNESSES FOR DEFENDANT

1. _____         1. _____
2. _____         2. _____
3. _____         3. _____
4. _____         4. _____
5. _____         5. _____

ENTER AS ABOVE: cnsl apprs as above; dft apprs in person w/ public defender; dft announce stip to alleged violations; dft announce restitution payments are caught up as of the end of March; gov't states they will dismiss petition.