# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No. CR-08-171-C |
| ) | |
| **BRIDGETTE ROCHELLE GREEN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER ON PETITION FOR OFFENDER UNDER SUPERVISION

On April 6, 2011, the Petition for Offender Under Supervision filed on March 25, 2011, came on for hearing before the Court. Defendant Bridgette Rochelle Green appeared represented by Assistant Federal Public Defender, Brooke A. Tebow. The government was represented by Randal A. Sengel, Assistant United States Attorney. Defendant advised the Court that she had received a copy of the Petition and reviewed it with her attorney.

Having been advised of the allegations in the Petition, Ms. Tebow announced that the defendant would stipulate that at the time of the filing of the Petition that she had failed to make restitution payments as ordered. However, the defendant also proffered that on the date of the hearing she had made payments of the restitution amount past due. The government announced that it had accepted the proffer of the defendant and moved to dismiss the Petition. With the consent of the government,

    IT IS HEREBY ORDERED that the Petition is DISMISSED.

    IT IS SO ORDERED this <u>11th</u> day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge